DONALD F. ZIMMER, JR. (State Bar No. 112279)
CHERYL A. SABNIS (State Bar No. 224323)
KING & SPALDING LLP
Four Embarcadero Center
Suite 3500
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
fzimmer@kslaw.com
csabnis@kslaw.com

Attorneys for Defendants
SMITHKLINE BEACHAM CORPORATION
D/B/A GLAXOSMITHKLINE, GLAXOSMITHKLINE
CONSUMER HEALTHCARE, L.P., GLAXOSMITHKLINE
CONSUMER HEALTHCARE L.L.C., and
BLOCK DRUG COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROLAND MOURNING, SR., For himself and on behalf of those Similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE, GLAXOSMITHKLINE CONSUMER HEALTHCARE L.L.C., GLAXOSMITHKLINE CONSUMER HEALTHCARE L.P., BLOCK DRUG COMPANY, INC.<br><br>Defendants. | Case No. CV-08-4929-WHA<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION** |

1

TO THE COURT AND PLAINTIFF AND HIS ATTORNEYS OF RECORD:

Please take notice that defendants SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.L.C., GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P., and BLOCK DRUG COMPANY, INC. (collectively "Defendants") hereby substitute Donald F. Zimmer, Jr. and Cheryl A. Sabnis, of the law firm of King & Spalding LLP as attorney of record in the place and stead of Gary T. Lafayette and Joanne Chan of the law firm of Lafayette & Kumagai LLP, 100 Spear Street, Suite 600, San Francisco, CA 94105.

Copies of all further notices, papers, pleadings, and orders filed or served upon Defendants should be sent to the undersigned at:

> Donald F. Zimmer, Jr.
> Cheryl A. Sabnis
> KING & SPALDING LLP
> Four Embarcadero Center
> Suite 3500
> San Francisco, CA 94111
> Telephone: (415) 318-1200
> Facsimile: (415) 318-1300
> fzimmer@kslaw.com
> csabnis@kslaw.com

Defendants have been given proper notice pursuant to Civil Local rule 11-5 and further consent to the above substitution.

Dated: December 30, 2008

SMITHKLINE BEACHAM CORPORATION D/B/A GLAXOSMITHKLINE, GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P., GLAXOSMITHKLINE CONSUMER HEALTHCARE L.L.C., and BLOCK DRUG COMPANY, INC.

 /s/ Ellen Hudock /s/
Ellen Hudock
Senior Counsel

1  I have given proper notice pursuant to Civil Local rule 11-5 and further consent to the
2  above substitution.
3
4  Dated: December 30, 2008                          LAFAYETTE & KUMAGAI LLP
5
                                                    /s/ Gary T. Lafayette /s/
6                                                   Gary T. Lafayette
                                                    Joanne Chan
7
8
9  The undersigned hereby consent to this substitution and represent that they have been
10 duly admitted to practice in this District.
11
   Dated: December 30, 2008                          KING & SPALDING LLP
12
13
                                                    /s/ Donald F. Zimmer, Jr. /s/
14                                                  Donald F. Zimmer, Jr.
                                                    Cheryl A. Sabnis
15
16                                                  Attorneys for Defendants
                                                    SMITHKLINE BEACHAM CORPORATION
17                                                  D/B/A GLAXOSMITHKLINE,
                                                    GLAXOSMITHKLINE
18                                                  CONSUMER HEALTHCARE, L.P.,
                                                    GLAXOSMITHKLINE
19                                                  CONSUMER HEALTHCARE L.L.C., and
                                                    BLOCK DRUG COMPANY, INC.
20
21
22  I hereby certify that Ellen Hudock, Gary T. Lafayette and Donald F. Zimmer, Jr., concur
23  in the e-filing of this document.
24  Dated: December 30, 2008
25
26
                                                    /s/ Cheryl A. Sabnis /s/
27                                                  Cheryl A. Sabnis
28

The Court hereby approves the substitution of Donald F. Zimmer, Jr., and Cheryl A. Sabnis of the law firm of King & Spalding LLP as counsel for Defendants in the place and stead of Gary T. Lafayette and Joanne Chan of the law firm of Lafayette & Kumagai LLP, 100 Spear Street, Suite 600, San Francisco, CA 94105.

Copies of all further notices, papers, pleadings, and orders filed or served upon Defendants should be sent to:

> Donald F. Zimmer, Jr.
> Cheryl A. Sabnis
> KING & SPALDING LLP
> Four Embarcadero Center
> Suite 3500
> San Francisco, CA 94111
> Telephone: (415) 318-1200
> Facsimile: (415) 318-1300
> fzimmer@kslaw.com
> csabnis@kslaw.com

It is so ordered.

Dated: December 31, 2008

IT IS SO ORDERED
Judge William Alsup

Hon. William Alsup
Judge of District Court