DONALD F. ZIMMER, JR. (State Bar No. 112279)
CHERYL A. SABNIS (State Bar No. 224323)
KING & SPALDING LLP
Four Embarcadero Center
Suite 3500
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Attorneys for Defendants
SMITHKLINE BEACHAM CORPORATION
D/B/A GLAXOSMITHKLINE, GLAXOSMITHKLINE
CONSUMER HEALTHCARE, L.P., GLAXOSMITHKLINE
CONSUMER HEALTHCARE L.L.C., and
BLOCK DRUG COMPANY, INC.

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROLAND MOURNING, SR.,<br>for himself and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE, GLAXOSMITHKLINE CONSUMER HEALTHCARE L.L.C., GLAXOSMITHKLINE CONSUMER HEALTHCARE L.P., BLOCK DRUG COMPANY, INC.<br><br>Defendants. | Case No. CV-08-4929-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINE FOR RULE 26(f) CONFERENCE** |

1  Plaintiff and Defendants (collectively "the Parties") through their undersigned counsel of
2  record hereby stipulate as follows:
3  Defendants recently substituted in new counsel in this case and in the related case of
4  *Borissoff v. Glaxosmithkline*, U.S. District Court for the Northern District of California Case No.
5  CV-08-3491-WHA. (*See* Docket nos.12-13, Notices of Substitution of Counsel dated December
6  30, 2008.) Defendants' new local counsel, Donald F. Zimmer, Jr., and Cheryl A. Sabnis, are
7  both unavailable on February 5, 2009. (*See* Zimmer Decl., ¶ 2.) Attorney Zimmer will be in
8  London, England on an unrelated business matter from February 3 through 7, 2009 and attorney
9  Sabnis is scheduled to be in a seven court day trial commencing on February 2, 2009 in Santa
10 Clara County Superior Court. (*Id.*)
11 Given this unavailability, the Parties agree that the Initial Case Management Conference
12 should be moved from February 5, 2009 to **February 12, 2009 at 11:00 a.m.**, when Attorney
13 Zimmer will be available to attend. The Parties further agree that the deadline for the parties'
14 Rule 26(f) conference should be extended by one week from January 15, 2009 to **January 22,**
15 **2009**.

Dated: December 31, 2008

Respectfully submitted,

KING & SPALDING LLP

/s/ Cheryl A. Sabnis /s/
DONALD F. ZIMMER, JR.
CHERYL A. SABNIS

Attorneys for Defendants
SMITHKLINE BEACHAM CORPORATION
D/B/A GLAXOSMITHKLINE,
GLAXOSMITHKLINE
CONSUMER HEALTHCARE, L.P.,
GLAXOSMITHKLINE
CONSUMER HEALTHCARE L.L.C., and
BLOCK DRUG COMPANY, INC.

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RULE 16 SCHEDULING CONFERENCE
AND DEADLINE FOR RULE 26(f) CONFERENCE
CASE NO. CV-08-4929-WHA

Dated: December 31, 2008

CLAYEO C. ARNOLD, A PROFESSIONAL CORPORATION

_____
KIRK J. WOLDEN

Attorneys for Plaintiff

I attest that Kirk J. Wolden concurs in the filing of this stipulation.

__/s/ Cheryl A. Sabnis /s/_____
CHERYL A. SABNIS

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Initial Case Management Conference shall be moved from February 5, 2009 to February 12, 2009 at 11:00 a.m., and the deadline for the parties' Rule 26(f) conference shall be extended by one week from January 15, 2009 to January 22, 2009.

Dated: January 5, 2009

IT IS SO ORDERED
Judge William Alsup

_____
Hon.
Judge